UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD BORGES,

       Plaintiff,

v.                                      Case No. 8:09-cv-918-T-24-TBM

MICHAEL J. ASTRUE,
Commissioner of the U.S.
Social Security Administration,

       Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the U.S. Social Security Administration denying her claim for Social Security disability benefits and supplemental security income payments. (Doc. No. 1.) This complaint was considered by the United States Magistrate Judge. Magistrate Judge McCoun filed his Report and Recommendation, finding that the decision of the Commissioner is not supported by substantial evidence or is not in accordance with the correct legal standards, and recommending that the decision be reversed and the matter remanded for further consideration. (Doc. No. 10.)

All parties were furnished copies of the Report and Recommendation on June 10, 2010, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 10) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Commissioner of the U.S. Social Security Administration is **REVERSED** and this matter is **REMANDED** for further consideration consistent with the Report and Recommendation;

(3) The Clerk is directed to enter judgment in favor of Plaintiff, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of June, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record